**630** ∎

∎

Clifford McGEE and Lillian McGee, his wife, Appellants,

v.

E. J. BLACKBURN and Edna Blackburn, his wife, Appellees.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Grant Circuit Court; James R. Ford, Judge.

William F. Threlkeld, Williamstown, for appellants.

John Lane Ackman, Williamstown, William F. Knapp, Jr., Dry Ridge, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

COMMONWEALTH, DEPT. OF HIGH-WAYS, Appellant,

v.

Amol O. AKINS et al., Appellees.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Ohio Circuit Court; Earl F. Martin, Sr., Judge.

James D. Robinson, Gen. Counsel, Dept. of Highways, Frankfort, Jerry W. Nall, Nall & Stephens, Owensboro, for appellant.

Perry M. Lewis, Madisonville, Clarence Bartlett, Bartlett & Catinna, Hartford, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

∎

The BOARD OF EDUCATION OF ASH-LAND, Ky., et al., Appellants,

v.

Amy VANHOOSE et al., Appellees.

Amy VANHOOSE et al., By and Through their next friend, Robert W. Vanhoose, Cross-Appellants,

v.

The BOARD OF EDUCATION OF ASH-LAND, Ky., et al., Cross-Appellees.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Boyd Circuit Court; William E. Fanning, Judge.

Kelley R. Asbury, Catlettsburg, John Simpson, Ashland, for appellants.

W. Henderson Dysard, Ashland, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

∎

POWELL et al., Appellants,

v.

CITY OF LOUISVILLE et al., Appellees.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Jefferson Circuit Court; Charles M. Allen, Judge.

Raymond L. Suell, B. Carlton Neat III, Louisville, for appellants.

Michael V. Hargadon, B. C. Van Arsdale, Charles P. Sutt, Jr., Albert F. Reutlinger, Louisville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.